UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Abram Valdez,                                  Civil No. 18-cv-0224 (DSD/TNL)

          Plaintiff,

v.

Volkswagen "Clean Diesel" Marketing,                    **ORDER**
Sales Practices and Product Liability
Litigation,

          Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 13, 2018 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff Abram Valdez's application for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 3, 2018                           /s David S. Doty
                                                         David S. Doty, Judge
                                                         United States District Court